# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

162076

DEAN McMASTER,
        Plaintiff-Appellant,

v

DTE ENERGY COMPANY and FERROUS
PROCESSING AND TRADING COMPANY,
d/b/a FERROUS PROCESSING & TRADING
CO.,
        Defendants,

and

DTE ELECTRIC COMPANY,
        Defendant-Appellee.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 162076
COA: 339271
Oakland CC: 2015-147414-NO

On order of the Court, the application for leave to appeal the July 2, 2020 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether the enactment of MCL 480.11a abrogated the appellee's common law duty of ordinary care with respect to loading cargo for transport by a commercial motor vehicle operated by the appellant; and (2) whether the appellee owed a duty to the appellant under the "shipper's exception." See *United States v Savage Truck Line, Inc*, 209 F2d 442, 445 (CA 4, 1953). The appellant's brief and appendix shall be filed by September 27, 2021, with no extensions except upon a showing of good cause. The time for filing the remaining briefs shall be as set forth in MCR 7.312(E). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021
_____

a0526



Clerk